JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Gisela Alvarez et al. | CASE NUMBER: |
|---|---|
| PLAINTIFF | 2:22-cv-07422-MRA-JC |
| v. | |
| American Honda Motor Co., Inc. et al | **JUDGMENT** |
| DEFENDANT | |

An offer of judgment having been made and accepted pursuant to Federal Rule of Civil Procedure 68, and the offer and notice of acceptance having been filed on March 26, 2025 as docket number 105 (the "Offer of Judgment"), judgment is hereby entered for

Plaintiffs Gisela Alvarez and Oscar Quezada

and against

Defendant American Honda Motor Co., Inc.

according to the terms set forth in the Offer of Judgment.

Date: March 27, 2025

By: *[signature]*
United States District Judge

CV-140 (02/21)                    JUDGMENT